## Commonwealth *v.* Raymond, Appellant.

Submitted May 4, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Joseph M. Casey* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 12, 1971:
Order affirmed. See, *Com. v. Zanine,* 444 Pa. 361, 282 A. 2d 367 (1971).

## Bensing et al. *v.* Moore Trucking, Inc. et al., Appellants.

Argued April 23, 1971. Before BELL, C. J., JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.